IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINETTE R., | : | CIVIL ACTION |
|       Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
|       Defendant | : | NO. 23-3802 |

## ORDER

**AND NOW**, this 20th day of June 2024, for the reasons contained in the court's Memorandum, it is hereby **ORDERED** that Plaintiff's Request for Review is **GRANTED**, and, this matter, pursuant to **sentence four** of 42 U.S.C. 405(g), is **REMANDED** to the Commissioner. Upon remand, the ALJ shall discuss the evidence and clearly state whether Plaintiff's testimony is consistent with the record evidence regarding her need to sit/stand frequently. She shall assess whether such an option should be part of Plaintiff's RFC and determine whether additional testimony by the VE is warranted.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge